IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.	CASE NO. 1:15-cr-00010-MP-GRJ

DEBRA A SCOTT,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 2, 2015. (Doc. 26). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The defendant and government waived the ten-day time for filing objections and agreed to file any objections within 24 hours. That time period has passed, and no objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The guilty plea is accepted, and the case will be set for sentencing by separate notice.

**DONE AND ORDERED** this  *8th*  day of September, 2015

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge